SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:  (415) 436-7004
    Facsimile:   (415) 436-7234
    E-mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0057 CRB |
| Plaintiff, | [~~PROPOSED~~] |
| | **ORDER OF DETENTION** |
| v. | **PENDING TRIAL** |
| WILLIE BEASLEY, | |
| Defendant. | |

      This matter came before the Court on March 29, 2007, for a detention hearing.  The defendant, Willie Beasley, was present and represented by Megan Dixon of Heller Ehrman White & McAuliffe.  Assistant United States Attorney Drew Caputo appeared for the United States.

      Pretrial Services submitted a report to the Court and the parties that recommended detention, and a representative of Pretrial Services was present at the hearing.  The Government requested detention, and defendant opposed.  Proffers and arguments regarding detention were submitted by the parties at the hearing.

[~~PROPOSED~~] DETENTION ORDER
CR 07-0057 CRB

1    Upon consideration of the facts, proffers and arguments presented, the Court finds by a
2 preponderance of the evidence that no condition or combination of conditions of release will
3 reasonably assure the appearance of defendant as required. The Court also finds by clear and
4 convincing evidence that no condition or combination of conditions will reasonably assure the
5 safety of other persons and the community. Accordingly, the Court concludes that defendant
6 must be detained pending trial in this matter.

7    The present order supplements the Court's findings at the detention hearing and serves as
8 written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).

9    The Court makes the following findings as basis for its conclusion that no condition or
10 combination of conditions of release will reasonably assure the appearance of defendant. First,
11 defendant has violated his conditions of parole or probation at least four times in the past.
12 Second, defendant has violated his conditions of pretrial release at least eight times in the past.
13 Third, defendant has a history of failing to appear in previous matters. Fourth, defendant lacks a
14 stable employment history and has been unemployed for most of the past five or six years. Fifth,
15 there is evidence that the defendant scuffled with the police when he was arrested in the instant
16 matter. For these reasons, the Court deems defendant to present a risk of flight that cannot be
17 mitigated adequately by conditions of release.

18    The Court makes the following findings as basis for its conclusion that no condition or
19 combination of conditions will reasonably assure the safety of other persons and the community.
20 First, this is the second federal firearm charge against defendant in the space of less than six
21 years. Defendant was convicted in this court in 2002 of being a felon in possession of a firearm
22 in violation of 18 U.S.C. § 922(g)(1), and he now appears before this court charged with the
23 same offense once more. Second, defendant's criminal record includes a 1991 conviction for
24 assault with great bodily injury. Third, defendant's history of probation and parole violations
25 also gives rise to concerns about community safety. For these reasons, the Court deems
26 defendant to present a risk of danger to other persons and the community that cannot be mitigated

[PROPOSED] DETENTION ORDER
CR 07-0057 CRB                    2

adequately by conditions of release.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant be afforded reasonable opportunity for private consultation with his counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to an authorized deputy United States marshal for the purpose of any appearance in connection with a court proceeding.

Dated: April 2, 2007



HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

[P~~ROPOSED~~] DETENTION ORDER
CR 07-0057 CRB                                            3