SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0057 CRB |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A), (h)(1)(F)) |
|     v. | |
| WILLIE BEASLEY, | |
|     Defendant. | |

    With the agreement of the parties, and with the consent of defendant Willie Beasley, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 4, 2007, to May 23, 2007.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from April 4, 2007, to May 23, 2007, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

3.      Accordingly, and with the consent of the defendant, at the hearing on April 4, 2007, the Court ordered that the period from April 4, 2007, to May 23, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4.      Also at the hearing on April 4, the Court set a briefing and argument schedule on defendant's motion to suppress. Defendant's motion is due on April 25, and the hearing on the motion is scheduled for May 23. The parties agree that under 18 U.S.C. § 3161(h)(1)(F) the period from April 25, 2007, to May 23, 2007, is also properly excluded from Speedy Trial Act calculations due to the pendency of this motion.

IT IS SO STIPULATED.

DATED: April 9, 2007                    _____/s/_____
                                        MEGAN DIXON
                                        Attorney for Defendant


DATED: April 4, 2007                    _____/s/_____
                                        ANDREW P. CAPUTO
                                        Assistant United States Attorney


IT IS SO ORDERED.

DATED:  April 11, 2007
                                        HON. CHARLES R. BREYER
                                        United States District Judge

