MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
JEFFREY A. FINUCANE (Bar No. 244930)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant WILLIE BEASLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>WILLIE BEASLEY,<br><br>                  Defendant. | No. CR 07-0057 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING HEARING DATE AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff United States of America ("the Government") and defendant Willie Beasley, that the hearing currently scheduled for May 23, 2007 at 2:15 p.m. before this Court, be postponed until June 13, 2007 at 10 a.m., and that the time be excluded from the calculation under the Speedy Trial Act, 18 U.S.C. § 3161 as follows:

The parties respectfully request that the hearing, currently scheduled for May 23, 2007, be postponed until June 13, 2007 at 10 a.m.

The parties also respectfully request that the time from May 23, 2007 through June 13, 2007, be excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).

At the request of the parties, including the defendant, the Court enters this order documenting the exclusion of time from calculation under the Speedy Trial Act, 18 U.S.C. § 3161, from May 23, 2007 through June 13, 2007.  The parties, including the defendant,

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER POSTPONING HEARING DATE AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION
CASE NO.: CR 07-0057 CRB

agree and the Court finds and holds as follows:

1. Defendant understands and agrees to the exclusion of time from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 23, 2007 through June 13, 2007, based upon defense counsel's need for additional time for effective preparation.  18 U.S.C. § 3161(h)(8)(B)(iv).

2. Counsel for the defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 23, 2007 through June 13, 2007 and believes the exclusion of time is necessary to ensure counsel's effective preparation and that the exclusion is in the defendant's best interest.

Given the above circumstances, the Court finds that the ends of justice served by excluding this time outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).  Accordingly, the Court orders:  (1) the hearing set for May 23, 2007 is postponed until June 13, 2007 at 10 a.m.; and (2) the time from May 23, 2007 though June 13, 2007 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED:  May 22, 2007

_____/S/_____
MEGAN DIXON
Attorney for Defendant

DATED:  May 22, 2007

_____/S/_____
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED:  May 22, 2007

_____
HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)

Heller Ehrman LLP

2

STIPULATION AND [PROPOSED] ORDER POSTPONING HEARING DATE AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION
CASE NO.: CR 07-0057 CRB